# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SLOSSBERG FAMILY CHIROPRACTIC CENTER, INC.,** a/a/o **URSULA IAFRATE,**
Appellant,

v.

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-349

[August 12, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case Nos. 502015SC008912 and 502018AP000120.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, for appellant.

Daniel E. Nordby and Alyssa L. Cory of Shutts & Bowen LLP, Tallahassee and Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***